**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Best Western International, Inc., ) | CV 05-620 PHX NVW |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Kings Row Inns of America, Inc., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The time to respond to Defendants' Motion for Leave to File Defendants' First Amended Answer (doc. # 15) has expired, and no response has been filed.

IT IS THEREFORE ORDERED that Defendants' Motion for Leave to File Defendants' First Amended Answer (doc. # 15) is granted.

DATED this 28th day of October, 2005.

_____
Neil V. Wake
United States District Judge